**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **CASE NO:** |
| | : | **1:24-cr-6–WLS-ALS** |
| **DARRELL ISHMAEL KIRK,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

Before the Court is the Government's Post-Hearing Motion to Reconvene Plea Colloquy to Cure Insufficient Coverage of All Elements and Supporting Facts (Doc. 41) ("Motion to Reconvene") filed August 3, 2026, in response to the Court's Order (Doc. 39) requiring the Parties to confer and to a joint report if they are in agreement, or separate reports if they are not, advising the Court as to their suggestions on how best to proceed with resolving the sentencing issues raised in this matter or to file the proper motion or request for relief a party deems appropriate. The Parties' report(s) was due on Thursday, July 30, 2026. To date, Defendant has not filed the required report.

Accordingly, on or before **Friday, August 7, 2026**, Defendant shall file his response to the Motion to Reconvene.

**SO ORDERED**, this 4th day of August 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**